Decided September 13, 2006

## LUIS FERNANDEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Luis Fernandez' petition for certification for appeal from the Appellate Court, 96 Conn. App. 251 (AC 26221), is denied.

*Todd A. Bussert*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided September 13, 2006

## JERMAINE YOUNG *v.* COMMISSIONER OF CORRECTION

The petitioner Jermaine Young's petition for certification for appeal from the Appellate Court, 96 Conn. App. 134 (AC 26257), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Katherine C. Essington*, special public defender, in support of the petition.

Decided September 13, 2006